IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIO ERNESTO ORTIZ ESCOBAR<br><br>Defendant. | Case No. 1:25-MJ-9 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, William Allen, Jr, being duly sworn, depose and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) in Fairfax County, Virginia. I have been employed with ICE for more than eighteen years. I was previously employed as a Customs and Border Protection Enforcement Officer for the U.S. Customs & Border Protection and its predecessor, the United States Immigration and Naturalization Service. I have received specialized training and conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have also received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for MARIO ERNESTO ORTIZ ESCOBAR (hereafter referred to as ORTIZ ESCOBAR), an alien

1

who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, subsequent to a conviction of Illegal Reentry after Deportation, in violation of Title 8 of the United States Code, Section 1326(a) and (b)(1).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about October 15, 2024, ICE learned that ORTIZ ESCOBAR had been detained at the Rappahannock Regional Jail in Stafford, Virginia, within the Eastern District of Virginia.

6. I reviewed ORTIZ ESCOBAR's immigration file maintained by U.S. Citizenship and Immigration Services. The file, also known as an alien file, revealed that ORTIZ ESCOBAR is a citizen and national of El Salvador. The file contained three prior Warrants of Removal/Deportation, also known as Immigration I-205 forms, bearing ORTIZ ESCOBAR's photograph, fingerprints, and signature. The forms showed that ORTIZ ESCOBAR was removed from the United States at least three times: first, on or about February 24, 2023, second, on or about June 2, 2023, and third, on or about October 27, 2023; each time, the removal occurred at or near Alexandria, Louisiana. ORTIZ ESCOBAR did not have legal authorization to reenter or remain in the United States prior to each of the three removals.

7. ICE performed further records checks which confirmed that on October 2, 2023, in the Southern District of Texas, ORTIZ ESCOBAR was convicted of Illegal Reentry after Deportation in violation of Title 8 of the United States Code, Section 1326(a). Thereafter, ORTIZ ESCOBAR was removed from the United States on or about October 27, 2023.

8. ICE administratively arrested ORTIZ ESCOBAR on December 17, 2024. ORTIZ ESCOBAR's fingerprint card was electronically processed through ICE indices containing fingerprint records of known and previously deported aliens as well as criminal records maintained by the FBI. ORTIZ ESCOBAR's December 17, 2024, fingerprint card positively matched to fingerprint cards taken from him at each of his three prior removals as well as his FBI records.

9. ORTIZ ESCOBAR's alien file lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, ORTIZ ESCOBAR has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his last formal removal.

## CONCLUSION

10.  Based on the foregoing, I submit that there is probable cause to believe that on or about October 15, 2024, in Stafford, Virginia, MARIO ERNESTO ORTIZ ESCOBAR, an alien who had been arrested and deported from the United States on or about October 27, 2023, at or near Alexandria, Louisiana, was found in the Eastern District of Virginia, subsequent to a conviction for Illegal Reentry after Deportation and after knowingly and unlawfully re-entering the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

Respectfully submitted,

WILLIAM J ALLEN JR
Digitally signed by WILLIAM J ALLEN JR
Date: 2025.01.02 14:33:04 -05'00'

William Allen, Jr.
Deportation Officer
U.S. Immigration and Customs Enforcement

The Honorable William B. Porter
United States Magistrate Judge
Alexandria, Virginia

4